Trustee under the Last Will and Testament of William H. H. Childs, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Standard Fashion Company, Appellant, v. Cora D. Thompson and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ignatz Schmitt, Appellant, v. Kathinka M. Simon, Respondent.— Order reversed, without costs, and motion granted on terms stated in memorandum; in default of compliance, order affirmed, with ten dollars costs and disbursements. Memorandum per curiam. Scott, J., dissenting. Settle order on notice.

Michael Finnie, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application for a Subpoena Directed to Edwin Binney and C. Harold Smith, Respondents, Requiring Them to Testify, etc., in an Action in the Court of Chancery of the State of New Jersey, wherein Sarah E. Martin and Horace G. Abel Are Complainants, and The L. Martin Company and Others Are Defendants; and for a Subpoena Duces Tecum Requiring Said Edwin Binney, as Treasurer of Said The L. Martin Company, to Produce Certain Books and Papers. Stephen A. McIntire, Petitioner, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application for a Subpoena Directed to Edwin Binney and C. Harold Smith, Respondents, Requiring Them to Testify Pursuant to Notice in an Action in the Court of Chancery of the State of New Jersey, wherein Sarah E. Martin and Horace G. Abel Are Complainants, and The L. Martin Company and Others Are Defendants; and for a Supoena Duces Tecum Requiring the Said Edwin Binney, as Treasurer of Said The L. Martin Company, to Produce Certain Books and Papers. Stephen A. McIntire, Petitioner, Appellant. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Conrad Lather, Respondent, v. Peter F. Bammann, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Pfizer, Respondent, v. Robert Neville, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Memorandum per curiam.

Charles D. Warren, Respondent, v. Francis H. Clergue, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John C. Mayforth, Appellant, for a Writ of Mandamus, Peremptory or Alternative, v. Thomas F. Foley, Sheriff of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Laughlin, J., dissenting, on the ground that in his opinion an alternative writ should issue to determine the duties of the office.

Sabato Vigorito, Respondent, v. Press Publishing Company, Appellant.— Order modified as stated in memorandum and as modified affirmed, without costs. Memorandum per curiam. Settle order on notice.

Daniel J. Creem and Seth L. Keeney, Respondents, v. The Fidelity and Cas-